IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KARY L. CARTER,<br><br>           Plaintiff,<br><br>     v.<br><br>SALT LAKE COUNTY SHERIFF'S<br>OFFICE et al.,<br><br>           Defendants, | **DISMISSAL ORDER**<br>**& MEMORANDUM DECISION**<br><br>Case No. 2:12-CV-702 DB<br><br>District Judge Dee Benson |

Plaintiff, inmate Kary L. Carter, filed this *pro se* civil rights suit, *see* 42 U.S.C.S. § 1983 (2012), proceeding *in forma pauperis*, *see* 28 *id.* 1915.  Reviewing the Complaint under § 1915(e), in an Order dated October 29, 2012, the Court determined Plaintiff's Complaint was deficient.  The Court then gave Plaintiff direction for curing the deficiencies, sent him a "Pro Se Litigant Guide," with a blank-form civil rights complaint, and ordered him to cure the deficiencies within thirty days.  Plaintiff has not responded.  Indeed, the Court has not heard from Plaintiff since August 23, 2012, when he paid a dollar toward his initial partial filing fee.

     **IT IS THEREFORE ORDERED** that Plaintiff's Complaint is **DISMISSED** without prejudice for failure to state a claim under § 1915(e)(2)(B)(ii), failure to follow Court orders, and failure to prosecute.  This case is **CLOSED.**

     DATED this 4th day of January, 2013.

     BY THE COURT:


_____
JUDGE DEE BENSON
United States District Court